JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 577-0698
 Facsimile:  1- 866-410-6248

Attorneys for Plaintiff
Technology Licensing Company Inc.

Joseph Ehrlich  (Bar No. 084359)
LOSCH & EHRLICH
425 California Street, Ste. 2025
San Francisco, CA 94104
Ph. 415-956-8400
Fax 415-956-2150

Attorneys for Defendants
Sound Around, Inc., et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., | CASE NO.  3:09-cv-4454  EMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** |
| vs. | |
| SOUND AROUND, INC | |
| and | Magistrate Judge:  Hon. Edward M. Chen |
| LANZAR, INC. | |
| Defendants. | |

## Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendants SOUND AROUND, INC and LANZAR, INC ("SOUND AROUND ET AL") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for January 6, 2010 at 1:30 PM. The parties are presently engaged in ongoing discussions to settle this matter, and need additional time to continue settlement discussions.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to January 20, 2010 at 1:30 PM, or to whatever date and time thereafter may be set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to January 20, 2010 at 1:30 PM, or to whatever date and time thereafter may be set by the Court.

Respectfully submitted,

DATED:  Dec. 30, 2009                    By /s/ John W. Carpenter
                                         John W. Carpenter
                                         Attorney for Plaintiff
                                         Technology Licensing Company, Inc.


DATED:  Dec. 30, 2009                    By /s/ Joseph Ehrlich
                                         Joseph Ehrlich
                                         Attorneys for Defendants
                                         Sound Around Inc. et al

### Attestation re: Electronic Signature

I, Joseph Ehrlich, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45, § X.B, I hereby attest that John W. Carpenter has concurred in this filing.

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
3:09-CV-4454

1                               **[PROPOSED] ORDER**

2

3         Pursuant to stipulation and upon good cause shown, the Court hereby continues the Initial

Case Management Conference to January 20, 2010 at 1:30 PM.    A joint CMC statement shall be filed by January 13, 2010.

SO ORDERED.

6 Dated \_\_ 1/4/10 _____, 2009         _____

7                                Hon. Edward M. Chen,
                              United States Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
3:09-CV-4454