| | |
|---|---|
| JOHN W. CARPENTER (221708)<br>Technology Licensing Company Inc.<br>33 ½ Los Piños,<br>Nicasio, CA 94946<br>Phone: (415) 577-0698<br>Facsimile: 1-866-410-6248<br>*Attorneys for Plaintiff*<br>*Technology Licensing Company, Inc.* | Joseph Ehrlich (Bar No. 084359)<br>LOSCH & EHRLICH<br>425 California Street, Ste. 2025<br>San Francisco, CA 94104<br>Phone: 415-956-8400<br>Fax: 415-956-2150<br>*Attorneys for Defendants*<br>*Sound Around, Inc. et al* |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff<br><br>v.<br><br>**SOUND AROUND, INC**<br><br>and<br><br>**LANZAR, INC.**<br><br>Defendants | Case No. 3:09-cv-04454 EMC<br><br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>Magistrate Judge: Hon. Edward M. Chen |

    Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. and Defendants SOUND AROUND, INC., and LANZAR, INC., through their counsel of record, that

the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: 1/15, 2010

By: /s/ John W. Carpenter
JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 577-0698
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff*
*Technology Licensing Company*

Dated: 1-15, 2010

By: /s/ J. Ehrlich
Joseph Ehrlich (Bar No. 084359)
LOSCH & EHRLICH
425 California Street, Ste. 2025
San Francisco, CA 94104
Ph. 415-956-8400
Fax 415-956-2150

*Attorneys for Defendants*
*Sound Around, Inc., et al*

Stipulation of Dismissal
Case No. C 09-04454 EMC        Technology Licensing Co v. Sound Around Inc et al

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated ____1/19____, 2010



TLC
33 ½ Los Piños
Nicasio, California 94946

Stipulation of Dismissal
Case No. C 09-04454 EMC          Technology Licensing Co v. Sound Around Inc et al